IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHURCH MUTUAL INSURANCE COMPANY | : : : | CIVIL ACTION<br>No. 15-461 |
| v. | : : | |
| ALLIANCE ADJUSTMENT GROUP, et al | : | |

## ORDER

AND NOW, this 14th day of September, 2015, it is ORDERED:

- Defendants Claims Worldwide, LLC, Joseph A. Zenstein, Esq., and Joseph Thiroway, Esq.'s Motion to Dismiss Plaintiff's Complaint (Document 3) is GRANTED in part: Counts I and II are DISMISSED. The Motion is DENIED as to Count III.

- Defendants Alliance Adjustment Group and James Wagner's Motion to Dismiss Plaintiff's Complaint (Document 12) is DENIED.

- Defendants DeLong Service Co., Inc.'s Motion to Dismiss Plaintiff's Complaint (Document 15) is GRANTED.

It is further ORDERED Defendants Claims Worldwide, Zenstein, and Thiroway's Motion to Dismiss Crossclaim of Codefendant JLD Emergency Services (Document 34), Defendant DeLong Service's Motion to Dismiss Crossclaim (Documents 35 & 36),[1] and Defendants Alliance and Wagner's Motion to Dismiss the Crossclaim of Codefendant JLD Emergency Services (Document 39) are DENIED without prejudice to reassertion.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] At oral argument, JLD Emergency Services represented to the Court that it would dismiss its crossclaim against DeLong Services.