IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHURCH MUTUAL INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| | : | No. 15-461 |
| v. | : | |
| | : | |
| ALLIANCE ADJUSTMENT GROUP, et al. | : | |
| | : | |

**ORDER**

AND NOW, this 11th day of July, 2016, upon consideration of Defendants Claims Worldwide, Joseph A. Zenstein, Esquire, and Joseph Thiroway, Esquire's Motion for Summary Judgment, Plaintiff Church Mutual Insurance Company's opposition, and Defendants' response thereto; Plaintiff's Motion for Summary Judgment, Defendants' opposition, and Plaintiff's response thereto; and following an oral argument on the Motions at the May 23, 2016, pretrial conference, it is ORDERED, for the reasons set forth in the accompanying Memorandum:

- Defendants' Motion for Summary Judgment (Document 100) is GRANTED.
- Plaintiff's Motion for Summary Judgment (Document 98) is DENIED.

It is further ORDERED judgment is ENTERED in favor of Defendants as to Count III of Plaintiff's Complaint.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.